within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1296. IN RE DISBARMENT OF HOHENSTEIN. It is ordered that Kurt A. Hohenstein, of South Sioux City, Neb., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1297. IN RE DISBARMENT OF SMITH. It is ordered that Arthur Allan Smith, of Dearborn, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1298. IN RE DISBARMENT OF ROONEY. It is ordered that John P. Rooney, Jr., of Chappaqua, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.